**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 400 EAL 2017
:
              Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
       v. :
:
:
:
JUAIL THOMAS, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.